Sam Drake # 0624897
_____
Name and E      g Number

FRESNO COUNTY JAIL
_____
Place of Confinement

1225 'M' STREET
_____
Mailing Address

FRESNO, CA 93712
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED

SEP 09 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Sam Drake
_____
(Full Name of Plaintiff)          Plaintiff,

v.

(1) E. IBAL; STEVE McCOMIAS;
_____
(Full Name of Defendant)

(2)  ENRIQUEZ; MARGARET MIMS;

(3)  KEOMINOM; JARAHEL SCIACQUA;

(4) S. NICHOLS; McCOY; R. DURAN ET AL;
                    Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:22-CV-01149-BAM (PC)
(To be supplied by the Clerk)

~~CIVIL RIGHTS COMPLAINT~~
~~BY A~~ DETAINEE

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____

2.  Institution/city where violation occurred: FRESNO COUNTY JAIL.

RECEIVED

SEP 09 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Revised 3/15/2016

1

Sam Drake
                Plaintiff

        V.


E. IBAL; STEVE McComas;
ENRIQUEZ; MARGARET MIMS;
LEONIYOM; JARAHEL SCIACQUA;
S. NICHOLS; McCoy; RUSSELL DURAN;
IBARRA; ET. AL.
                Defendants

1 ~A

## B. DEFENDANTS

1. Name of first Defendant: __E. IBAL__ . The first Defendant is employed as:
__CLASSIFICATION LIEUTENANT,__ at __FRESNO COUNTY JAIL__ .
(Position and Title)                    (Institution)

2. Name of second Defendant: __STEVEN McCOMAS__ . The second Defendant is employed as:
__ASSISTANT SHERIFF,__ at __FRESNO COUNTY JAIL__ .
(Position and Title)                    (Institution)

3. Name of third Defendant: __, ENRIQUEZ__ . The third Defendant is employed as:
__CORRECTIONAL OFFICER,__ at __FRESNO COUNTY JAIL,__ .
(Position and Title)                    (Institution)

4. Name of fourth Defendant: __MARGARET MIMS__ . The fourth Defendant is employed as:
__SHERIFF,__ at __FRESNO COUNTY__ .
(Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☑ Yes     ☐ No

2. If yes, how many lawsuits have you filed? __1__ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __DRAKE__ v. __SCOTT KERNAN, et. al.,__
      2. Court and case number: __USDC (E.D.) 1:17-CV-1500 AWI-SAB__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __CURRENTLY PENDING.__

   b. Second prior lawsuit: __N.A.__
      1. Parties: __N A__ v. _____
      2. Court and case number: __N.A.__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N.A.__

   c. Third prior lawsuit: __N.A.__
      1. Parties: __N.A.__ v. _____
      2. Court and case number: __N.A.__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N.A.__

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## B. DEFENDANTS

5.    KEONIYOM, 5TH DFNT, IS A CORRECTIONAL OFFICER @ FCJ;

6. J. SEINCOUA, 6TH DFNT, IS FOOD SERVICE DIRECTOR OF TRINITY SERVICES GROUP (CONTRACT PARTNER WITH FRESNO COUNTY JAIL)

7. S. NICHOLS, 7TH DFNT, IS MAILROOM SERGEANT @ FCJ;

8.    McCOY, 8TH DFNT, IS CORRECTIONAL LIEUTENANT @ FCJ;

9. RUSSELL DURAN, 9TH DFNT, IS CAPTAIN @ FCJ;

10.  IBARRA, 10TH DFNT, IS PROPERTY SERGEANT @ FCJ;
ARE ALL REAL PERSONS DEPRIVED PL. CONSTITUTIONAL RIGHTS WHILE ACTING UNDER COLOR OF LAW.

### B-1    JOINDER OF CLAIMS & PARTIES

1. THE CONSPIRACY AND DUE PROCESS CLAIMS ARE PROPERLY JOINED WITH THE HARASSMENT CLAIM PURSUANT TO RULE 18 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2. THE DEFENDANTS ARE HEREBY PROPERLY JOINED ON ALL CLAIMS PURSUANT TO RULE 20 OF THE FEDERAL RULES OF CIVIL PROCEDURE (E.G. PL. ASSERTS A RIGHT TO RELIEF AGAINST THEM JOINTLY & SEVERALLY; AND A QUESTION OF FACT COMMON TO ALL DFNTS WILL ARISE IN THIS ACTION.

### B-2    PLAINTIFF

1. PLAINTIFF ("PL") IS A PRETRIAL DETAINEE, 53 YEAR OLD BLACK MAN WITH DYSLEXIA, DYSARTHRIA, DYSLOGIA, & PTSD. CURRENTLY IST.

2-A

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: CONSPIRACY TO DEPRIVE RIGHTS AND DEPRIVATION OF RIGHT IN VIOLATION OF THE U.S. CONST. 1ST AMEND.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☑ Other: CONSPIRACY
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. STATEMENT OF THE CLAIM:
   a) DFNTS MIMS, McCOMAS, IBAL, McCOY, NICHOLS, DURAN, ENRIQUEZ, KEOHIYOMI, ET. AL., MET VIA EMAILS AND INTERNAL DIRECTIVES AGREED ON ILLEGAL COURSE OF CONDUCT TO DEPRIVE PL. RIGHTS TO ACCESS TO INFORMATION...TO BE FREE FROM RETALIATION...TO BE FREE FROM HARASSMENT...TO BE FREE FROM PUNISHMENT, AND DEPRIVED HIM OF THOSE RIGHTS FROM JANUARY 21ST, 2022 ONGOING THRU CURRENT DATE:
   b) THE AIM OF THE CONSPIRACY WAS TO INCREASE PL. SUFFERING,...TO DAMAGE PL. MENTAL AND PHYSICAL HEALTH, AND TO BREAK PL. WILL (e.g. STOP HIS FILING COMPLAINTS, ETC.);
   c) EACH DFNT COMMITTED ACTS TO FURTHER THE CONSPIRACY:
   d) DFNT SCIACANA LATER JOINED THE CONSPIRACY TO INJURE PL. JULY 23RD 2022.; ON AUG. 12TH 2022, HE ISSUED/DIRECTED A SUBORDINATE TO ISSUE PL A POISONED PIECE OF FRUIT (e.g. ORANGE WITH A PIN-FREE PINHOLE CONTAINING AN UNKNOWN CONTAMINANT, THAT IMMEDIATELY BEGAN TO MOLD; TO FURTHER THE CONSPIRACY: FOLLOWED BY DAILY ISSUANCE OF ROTTEN FRUIT AND WET SACK LUNCHES;
   e) IBAL CAUSED PL. TO BE SUBJECTED TO SEXUAL HARASSMENT AND DEATH THREATS 3-4-22 ->
   f) McCOY, NICHOLS, AND DURAN DIRECTED KEOHIYOMI & ENRIQUEZ TO DEPRIVE PL. RIGHT TO RECEIVE ADULT PUBLICATIONS IN FURTHERANCE OF THE CONSPIRACY AND THEY DID SO;
   g) EACH DFNT IS SUED IN HER OR HIS INDIVIDUAL CAPACITY ON THIS CLAIM;

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   PLAINTIFF HAS SUFFERED ACTUAL MENTAL & PHYSICAL INJURIES TO WIT: "SPLEEN PAIN; STOMACH PAIN; VOMITTING; INCREASED EMOTIONAL DISTRESS; FEAR, "OPPRESSION, WORSENED PTSD - WHEN DFNTS PLOTTED AND CARRIED OUT ACTS INTENDED TO HURT AND INCREASE PL. SUFFERING.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N.A.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: VIOLATION OF THE TOM BANE ACT / (§1983) INTERFERENCE WITH LEGAL RIGHTS / FIRST AMEND VIOLATION

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☒ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: HARASSMENT .

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. STATEMENT OF CLAIM:

   ¶ PL. HAS AN ESTABLISHED STATUTORY RIGHT TO SEEK-OBTAIN-POSSESS NON-NUDE PUBLICATIONS (BOOKS, PHOTOS, MAGAZINES ETC) WHILE DETAINED IN JAIL-STEMMING FROM HIS CONSTITUTIONAL FIRST AMENDMENT RIGHT TO FREE SOCIATION AND ACCESS TO INFORMATION. (eg. PC §§ 2600, 2601) "
   ¶ PL. HAS AN ESTABLISHED STATUTORY RIGHT TO BE FREE OF HARASSMENT WHILE DETAINED;
   ¶ DFNTS INTERFERED WITH PL. EXERCISE & ENJOYMENT OF HIS RIGHTS BY COERCION AND INTIMIDATION;
   ¶ PL. SUFFERED MENTAL AND EMOTIONAL TRAUMA FROM THE HARASSMENT DONE BY DFNTS.
   ¶ ONGOING JAN 22ND 2022 THRU CURRENT DATE, DFNTS MIMS, McComas, ENRIQUEZ, IBARRA, NICHOLS, McCoy, KENNIYOU, AND DURAN ENGAGED IN A KNOWING, WILLFUL COURSE OF CONDUCT DIRECTED SPECIFICALLY AT PL. THAT SERIOUSLY ANNOYED, TORMENTED, AND ALARMED PL.
   ¶ DFNTS HARASSMENT OF PL. SERVED NO LEGITIMATE PURPOSE;
   ¶ ON JAN 22nd, 2022, IBARRA RIPPED A PHOTO OFF OF MY PHONEBOOK SOLELY TO INTIMIDATE ME. THE PHOTO FEATURED A FULLY CLOTHED HISPANIC WOMAN IN PROFILE POSE. SHE SAID IT WAS TOO SEXY "
   ¶ MIMS & McCOMAS PROMULGATED AND IMPLEMENTED FCJ POLICIES THAT PERMIT HARASSMENT; AND CONDONED THE HARASSMENT OF PL. DONE BY IBARRA, ENRIQUEZ AND KENNIYOU;
   ¶ NICHOLS, McCOY AND DURAN, FAILED TO STOP THE HARASSMENT BY ENRIQUEZ AND KENNIYOU;
   ¶ ENRIQUEZ INTIMIDATED PL. ON MARCH 30TH, 2022, DEPRIVED POSSESSION OF 6 PHOTOS & A CATALOG;
   ¶ KENNIYOU INTIMIDATED PL. ON APRIL 19TH AND 26TH, 2022, DEPRIVED POSSESSION OF 3 PHOTOS & 2 CATALOGS;
   ¶ EACH DFNT IS HEREBY SUED IN HIS OR HER INDIVIDUAL CAPACITY ON THIS CLAIM.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   ¶ PL. INJURIES ARE ACTUAL; ¶ PL. INJURIES INCLUDE: INCREASED EMOTIONAL DISTRESS; LOSS OF DIGNITY, OPPRESSION; FEAR; AND STIGMATIC INJURY... INCL. INCREASED LONELINESS, WHEN DFNTS INTIMIDATED AND COERCED PL. TO STOP ORDERING PUBLICATIONS; ETC.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N.A.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: FOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☑ Other: PUNITIVE JAIL CONDITIONS
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. STATEMENT OF THE CLAIM:
¶ THIS CLAIM INVOLVES SUBJECTION OF PL. TO PUNITIVE JAIL CONDITIONS, UNCONSTITUTIONAL JAIL POLICY (# E-120, E-410, RE-MAIL) CONTENT BASED DENIAL OF PUBLICATIONS, SEIZURE & DISPOSAL OF PUBLICATIONS WITHOUT DUE PROCESS, DENIAL OF DUE PROCESS WHEN DETAINEES PUBLICATIONS ARE DISALLOWED, AND AUTHORIZED PROPERTY (MAIL) DEPRIVATION;
¶ FCJ MAIL RESTRICTIONS POLICY # E-120, # E-410 IS PUNITIVE IN NATURE AND OVERBROAD BY PROHIBITING NON-NUDE PUBLICATIONS;
¶ FCJ OFFICIALS WIMS PROMULGATED THE POLICY WHILE McCOMAS IMPLEMENTED IT AMALGAMIZED WITH THE VISITING POLICY (# E-330) CLOTHING ATTIRE RESTRICTIONS;
¶ DEFTS NICHOLS, McCOY, DURAN FAILED TO INTERVENE TO STOP DEFTS KEONYOUN, ENRIQUEZ, ET.AL., FURTHER ENFORCEMENT ONCE PL. PUT THEM ON NOTICE THAT POLICY E-410, E-120 VIOLATED PL. RIGHTS;
¶ PL. HAS A SUBSTANTIVE DUE PROCESS RIGHT AGAINST RESTRICTIONS THAT AMOUNT TO PUNISHMENT;
¶ FCJ POLICY # E-410 IS THE FCJ ORIENTATION HANDBOOK, IT CONTAINS AMENDED VERSION OF # E-120 IT PERMITS STAFF TO DEEM ANY PUBLICATION AS 'SEXUALLY EXPLICIT (OBSCENE) CONTRABAND' AND AUTHORIZES IMMEDIATE DISPOSAL WITHOUT AN 'IMPOUND' PROVISION BEFORE AN APPEAL CAN BE FILED;
¶ EACH DEFT IS HEREBY SUED IN HER OR HIS INDIVIDUAL CAPACITY JOINTLY AND SEVERALLY.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
¶ PL. HAS SUFFERED OPPRESSION WHEN DEFTS PUNISHED HIM/SUBJECTED HIM TO CONDITIONS WORSE THAN PRISON. ¶ PL. SUFFERED LOSS OF MONIES WHEN DEFTS ENRIQUEZ & KEONYOUN DISPOSED OF HIS NON-CONTRABAND PUBLICATIONS. PL. SUFFERED EMOTIONAL DISTRESS BY YOUR FAILURES.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N.A.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

¶ 1.ᵃ PLAINTIFF REQUEST AN ORDER AWARDING MONETARY RELIEF IN AMOUNT OF $750K
AS TREBLE DAMAGES RELIEF FROM INTERFERENCE WITH LEGAL RIGHTS AS PER SECTION 52.1
OF THE CIVIL CODE (incl. § 52') PL HAS A RIGHT TO RELIEF AGAINST ALL DFNTS JOINTLY & SEVERALLY;
¶ 2. PL. REQUEST JUDGMENT AGAINST DENTS IN AMOUNT OF $ 50K ON ALL OTHER CLAIMS;
¶ 3. PL. REQUEST AN ORDER FOR ATTORNEES FEES & COSTS OF SUIT INCURRED;
¶ 4. PL. REQUEST AN ORDER FOR ANY OTHER & FURTHER RELIEF THAT THE COURT DEEMS PROPER. ⁂

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __AUGUST 29ᵗʰ 2022__          _____
            DATE                              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

_Sam Drake_
                        Plaintiff,

v.                                        Case Number:

_E. IBAL, et.al.,_
                        Defendants.

                                          **PROOF OF SERVICE**

_____/

I hereby certify that on _August 29th, 2022_; I served a copy

of the attached " _42 USC §1983 ORIGINAL CIVIL RIGHTS COMPLAINT_ "

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

_FRESNO, CALIFORNIA_:

(List Name and Address of Each        _UNITED STATES EASTERN DISTRICT COURT_
Defendant or Attorney Served)         _OFFICE OF THE CLERK_
                                      _2500 TULARE STREET_
                                      _FRESNO, CA  93721_

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Person Completing Service)