Sam Drake #0624897
FCJ, 1225 'M' STREET
Fresno, CA 93712
Pro Se

**FILED**

SEP 06 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Sam Drake

    Plaintiff,

  v.

Steve McComas, et al.,

    Defendant.

No. 1:22-CV-01149-JLT-BAM

PLAINTIFF'S NOTICE & REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT AND ADD PARTIES

(FRCP RULE 15(d), RULE 21.)

TO: HONORABLE MAGISTRATE BARBARA A. MC AULIFFE, AND COUNSEL FOR DEFENDANTS, PLEASE TAKE NOTICE:

COMES PLAINTIFF SAM DRAKE MOVING THE COURT ON REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT AND ADD TWO PARTIES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 15(d); & RULE 21.

THIS REQUEST IS BASED ON THE DRAKE DECLARATION & APPLICABLE LAW.

**DECLARATION OF SAM DRAKE**

I, SAM DRAKE HEREBY DECLARE:

1. I AM THE PLAINTIFF ("PL") PARTY TO THIS CAUSE OF ACTION, A NATURAL U.S. CITIZEN OVER AGE 18 PROCEEDING W/O COUNSEL REPRESENTATION;

2. I HAVE DIRECT KNOWLEDGE OF THE CLAIMS AT ISSUE, CAN & WILL COMPETENTLY TESTIFY THERETO IN ANY COURT OF JURISDICTION;

3. PL. HEREBY ASKS THE COURT TO PLEASE GRANT HIM LEAVE TO SUPPLEMENT HIS OPERATIVE FIRST AMENDED COMPLAINT FILED ON DECEMBER 13TH 2022 (ECF. NO. 10);

4. NO PREVIOUS REQUEST FOR LEAVE TO SUPPLEMENT HAS BEEN FILED;

5. THE REASONS PL. REQUESTS LEAVE TO SUPPLEMENT NOW ARE: DFNT KEONIYOM AND TWO NON PARTY FCJ OFFICIALS HAVE CONTINUED TO VIOLATE PL.'S FIRST & FOURTEENTH AMENDMENTS RIGHTS AFTER THE INITIAL FILING OF THIS LAWSUIT THRU RELATED MISCONDUCT AND THEREBY INCREASED PL.'S INJURIES IN FEBRUARY THRU AUGUST 2023; PL. SEEKS TO JOIN THE ADDITIONAL ALLEGATIONS AND PARTIES TO HIS EXISTING THREE CLAIMS; AND EXPAND THE RELIEF HE IS ENTITLED TO;

6. PL.'S PROPOSED SUPPLEMENTATION (FILED CONCURRENTLY HEREWITH, ATTACHED BELOW) ADDS JOHN ZANONI (CURRENT SHERIFF) FOR HIS ACTIONS/OMISSIONS OCCURING FEB.-AUG. 2023, AS DEFENDANT PARTY; ADDS A. SNYDER (MAILROOM OFFICE ASSISTANT) FOR HER ACTIONS/OMISSIONS MAY 3RD THRU AUG. 2023, AS DEFENDANT PARTY; ADDS DFNT KEONIYOM'S ACTIONS/OMISSIONS OCCURING JUNE 1ST, THRU AUG. 2023, AS REPEATED REPREHENSIBLE CONDUCT; ADDS DECLARATORY, INCREASED COMPENSATORY, AND PUNITIVE DAMAGES FACTS; AND ORGANIZES THE THREE CLAIMS;

7. THE TWO PROPOSED DFNTS ARE REASONABLY NECESSARY TO SECURE APPROPRIATE RELIEF FOR EACH OF THEIR INDIVIDUAL ACTIONS/OMISSIONS;

8. IN PROPOSED DFNTS ABSENCE THE USDC CANNOT ACCORD COMPLETE RELIEF AMONG EXISTING PARTIES FOR THE SUBSEQUENT VIOLATIONS OF

PL.'S FEDERAL RIGHTS COMMITTED BY ZAMONI, AND SNYDER;

9. THE PROPOSED DFNTS ARE NOT DIVERSE, AND THEIR JOINDER WILL NOT DEPRIVE THIS COURT OF JURISDICTION;

10. THIS REQUEST IS MADE IN COMPLIANCE WITH RULE 15 (a)(d) REQUIREMENTS TO SUPPLEMENT AND PL HAS DULY SERVED DFNTS NOTICE OF AND PROPOSED SUPPLEMENTAL PLEADING;

11. PL MAKES THIS REQUEST TO SUPPLEMENT AND ADD PARTIES IN GOOD FAITH & NOT FOR ANY IMPROPER REASONS;

12. THIS MOTION TO SUPPLEMENT IS TIMELY MADE WITHIN THE USDC NOVEMBER 16TH 2023 FILING DEADLINE FOR AMENDMENTS;

13. PL WAS NOT ABLE TO OBTAIN A STIPULATION OF DFNTS POSITION ON THIS MATTER DUE TO PL. IS INCARCERATED AT FCJ;

14. THE USDC ISSUED FIRST DISCOVERY & SCHEDULING ORDER ON AUGUST 16TH 2023 (ECF NO. 30);

15. AT THIS INITIAL (EARLY) STAGE OF THE PROCEEDINGS THE USDC GRANTING PL. LEAVE TO FILE A SUPPLEMENTAL COMPLAINT WOULD NOT UNDULY PREJUDICE DFNTS OR DELAY DISPOSITION OF THE CASE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: AUGUST 28TH, 2023       /s/ _____
                               SAM DRAKE, PRO SE PLAINTIFF

- 3 -

## MEMORANDUM OF LAW

"THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT ENTRISTS THE APPLICATION OF FRCP 15(d) TO THE DISTRICT COURT'S SOUND DISCRETION." (SAN LUIS & DELTA MENDOTA WATER AUTHORITY V. U.S. D.O.J., 236 F.R.D. 491 (E.D. CAL. 2006))

"ON MOTION & REASONABLE NOTICE, THE COURT MAY, ON JUST TERMS, PERMIT A PARTY TO SERVE A SUPPLEMENTAL PLEADING SETTING OUT ANY TRANSACTION, OCCURRENCE, OR EVENT THAT HAPPENED AFTER THE DATE OF THE PLEADING TO BE SUPPLEMENTED. THE COURT MAY PERMIT SUPPLEMENTATION EVEN THOUGH THE ORIGINAL PLEADING IS DEFECTIVE IN STATING A CLAIM ... OR EXHAUSTION. THE COURT MAY ORDER THAT THE OPPOSING PARTY PLEAD TO THE SUPPLEMENTAL PLEADING WITHIN A SPECIFIED TIME." (FEDERAL RULES OF CIVIL PROCEDURE RULE 15(d))

"MATTERS OCCURRING AFTER SUIT IS INSTITUTED ARE PROPERLY BROUGHT INTO THE RECORD BY SUPPLEMENTAL PLEADINGS" (HEARST V. AMERICAN NEWSPAPERS INC. 51 FED. SUPP. 171 (D. DEL. 1943))

"INTER ALIA, SUPPLEMENTAL COMPLAINT MAY CORRECT DEFICIENCIES..." (PERRY V. VILLAGE OF ARLINGTON HEIGHTS, 186 F.3d 826 (7TH CIR. 1998))

"A FUNCTION OF SUPPLEMENTAL COMPLAINT IS "TO BRING IN NEW FACTS WHICH WILL ENLARGE OR CHANGE RELIEF TO WHICH PL. IS ENTITLED." (SO. PAC. SO. PAC. CO. V. CONWAY, 115 F.2d 745 (9TH CIR. 1940))

"WHERE PARTY SATISFIES REQUIREMENTS UNDER RULE 15(a) FOR LEAVE TO AMEND, THEY WILL GENERALLY BE PERMITTED TO ADD PARTIES UNDER RULE 21." (CORTIGIANO V. OCEANVIEW MANOR HOME FOR ADULTS 222 F.R.D. 194 (E.D. NY 2005))

## ARGUMENT

LEAVE TO SUPPLEMENT SHOULD BE FREELY GRANTED IN CASES, AS HERE, WHERE MOTION AND REASONABLE NOTICE HAVE BEEN TIMELY MADE AT OPENING OF DISCOVERY PHASE EARLY STAGE OF THE PROCEEDINGS... WHERE DISPOSITION OF THE CASE WOULD NOT BE DELAYED AND OPPOSING PARTIES WOULD NOT BE UNDULY PREJUDICED ... WHERE THE INITIAL DISCOVERY AND SCHEDULING ORDER ALREADY GRANTS LEAVE TO AMEND ... WHERE PL. HAS DEMONSTRATED NEED TO SET OUT EVENTS AND OCCURRENCES THAT HAPPENED AFTER HIS FAC WAS FILED WHICH INCREASE HIS INJURIES AND NECESSITATE CHANGE & ENLARGEMENT TO OF IALS SOUGHT RELIEF AS WELL AS ADDITION OF TWO NEW DEFENDANT PARTIES ... WHERE THE COURT'S JURISDICTION OVER THE CASE WOULD NOT BE EFFECTED ... WHERE THE PROPOSED DFNTS ARE NECESSARY TO SECURE APPROPRIATE RELIEF FOR THE SUBSEQUENT VIOLATIONS OF PL.'S FEDERAL RIGHTS AND THE USDC WOULD BE UNABLE TO ACCORD COMPLETE RELIEF FOR THOSE VIOLATIONS IN PROPOSED DFNTS ABSENCE ... AND WHERE THE NATURE OF THE CASE WOULD NOT BE ALTERED OR RENDERED COMPLEX. THEREFORE, HER MAGISTRATE SHOULD GRANT PL. LEAVE TO FILE A SUPPLEMENTAL COMPLAINT ADDING TWO NEW DFNTS, INTER ALIA.

## CONCLUSION

ACCORDINGLY, FOR THE FOREGOING REASONS THE MOTION SHOULD SHOULD BE GRANTED IN FULL HERE & NOW.

RESPECTFULLY SUBMITTED,

DATE: AUGUST 28TH, 2023

/s/ Sam Drake

SAM DRAKE, PRO SE MOVANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Sam Drake

    Plaintiff,

  v.

Steve McComas, et al.,

    Defendant.

No. 1:22-CV-01149-JLT-BAM

PROPOSED ORDER

BEFORE THE COURT IS PRO SE PLAINTIFF, SAM DRAKE'S FIRST REQUEST FOR LEAVE TO SUPPLEMENT THE OPERATIVE FIRST AMENDED COMPLAINT (ECF NO. 10.) PLAINTIFF HAS INCLUDED HIS PROPOSED SUPPLEMENTATION WHEREIN HE HAS ADDED TWO ADDITIONAL PARTIES TO HIS EXISTING THREE CLAIMS.

GOOD CAUSE APPEARING, IT IS SO ORDERED:

PLAINTIFF'S REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT IS GRANTED.

THE CLERK IS DIRECTED TO SERVE DFNTS COUNSEL WITH AN ENDORSED COPY, AND DFNTS HAVE 14-DAYS TO FILE A RESPONSIVE PLEADING.

DATED: _____

    U.S. DISTRICT COURT MAGISTRATE JUDGE
    HON. BARBARA A. McAULIFFE