1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    SAM DRAKE,                                    No.  1:22-cv-1149 JLT BAM (PC)

12              Plaintiff,                          ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS AND DISMISSING
13         v.                                       CERTAIN CLAIMS

14    MCCOMAS, *et al.*,                            (Doc. 38)

15              Defendants.

16

17         Sam Drake is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil

18    rights action pursuant to 42 U.S.C. § 1983.  The assigned magistrate judge screened Plaintiff's

19    second amended complaint and found Plaintiff stated a cognizable claim for: (1) violation of the

20    First Amendment based on a facial challenge to FCJ Policy #E-120 and #E-410 against

21    Defendants Mims, McComas, and Zanoni; (2) violation of the First Amendment based on an as-

22    applied challenge to FCJ Policy #E-120 and #E-410 against Enriquez, Keoniyom, Nichols, and

23    Snyder; and (3) for violation of Due Process against officers who returned Plaintiff's mail,

24    Enriquez, Keoniyom, Nichols, and Snyder.  (Doc. 38 at 9-14.)  The magistrate judge found these

25    were the only cognizable claims and recommended that to the extent Plaintiff sought to raise any

26    other claims, they be dismissed for failure to state a claim.  (*Id.* at 15.)

27         The Court served the Findings and Recommendations on the parties and notified Plaintiff

28    that any objections were due within 14 days.  (Doc. 38 at 15.) The Court advised Plaintiff that the

                                                   1

1    failure to file objections within the specified time may result in the waiver of rights on appeal.

2    (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Neither Plaintiff nor

3    Defendants filed objections, and the time to do so has passed.

4          According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

5    case. Having carefully reviewed the matter, the Court concludes the Findings and

6    Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

7          1.   The Findings and Recommendations issued on February 20, 2024 (Doc. 38) are

8               **ADOPTED** in full.

9          2.   This action **SHALL** proceed on Plaintiff's second amended complaint, filed

10              November 2, 2023 (Doc. 37), only on the following claims:

11                 a.   violation of the First Amendment based on a facial challenge to FCJ Policy

12                      #E-120 and #E-410 against Defendants Mims, McComas, and Zanoni;

13                 b.   violation of the First Amendment based on an as-applied challenge to FCJ

14                      Policy #E-120 and #E-410 against Defendants Enriquez, Keoniyom, Nichols,

15                      and Snyder; and

16                 c.   violation of Due Process for returning Plaintiff's mail against Defendants

17                      Enriquez, Keoniyom, Nichols, and Snyder.

18         3.   All other claims are **DISMISSED** from this action for failure to state a claim upon

19              which relief may be granted.

20

21   IT IS SO ORDERED.

22      Dated:   **March 25, 2024**                    _____
                                                       UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28